No. 79–1909.  CALIFORNIA *v.* MUSANTE.  Ct. App. Cal.,
4th App. Dist.  Motion of respondent for leave to proceed *in
forma pauperis* granted.  Certiorari denied.